# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| **Athens Utilities Board,** | ) |
| | ) |
| **Petitioner** | ) |
| | ) |
| v. | ) |
| | ) No. 22-1024 |
| **Federal Energy Regulatory Commission,** | ) |
| | ) |
| **Respondent.** | ) |
| | ) |
| | ) |

## UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Appellate Procedure 42(b) and D.C. Circuit Rule 27(g), Petitioner Athens Utilities Board hereby moves for voluntary dismissal of its own petition in this case, with all parties to bear their own costs.  The parties in this case have not yet submitted briefing, and the Court has not yet scheduled oral argument.

Counsel for Petitioner has contacted counsel for the other parties, and no party opposes this motion.

Respectfully submitted,

- 2 -

>  */s/ William D. DeGrandis*
>  William D. DeGrandis
>  Paul Hastings LLP
>  2050 M Street N.W.
>  Washington, D.C. 20036
>  (202) 551-1720
>  (202) 551-0120 (fax)
>  billdegrandis@paulhastings.com
>
>  *Counsel for Athens Utilities Board*

Dated:  October 28, 2022

## CERTIFICATE OF COMPLIANCE

This Motion for Voluntary Dismissal complies with the type-volume limitation because it contains 79 words. Microsoft 2016 computed the word count.

This Motion for Voluntary Dismissal complies with the typeface requirements of FRAP 32(a)(5) and the type style requirements of FRAP 32(a)(6) because it has been prepared in a proportionally spaced typeface (Microsoft Word 2016 Times New Roman) in 14 point font.

This Motion for Voluntary Dismissal has been scanned for viruses and is virus free.

Dated: October 28, 2022

                                           */s/ William D. DeGrandis*
                                           William D. DeGrandis

## CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2022, I electronically filed the foregoing document with Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the CM/ECF system. I certify that the participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: October 28, 2022

                                                */s/ William D. DeGrandis*
                                                William D. DeGrandis