# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 22-1024** **September Term, 2022**

**FERC-EL21-40-000**
**FERC-EL21-40-001**

**Filed On: November 14, 2022** [1973520]

Athens Utilities Board,

Petitioner

v.

Federal Energy Regulatory Commission,

Respondent

------------------------------

Appalachian Electric Cooperative, et al.,
Intervenors

**MANDATE**

In accordance with the order of November 14, 2022, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: /s/
Amanda Himes
Deputy Clerk

Link to the order filed November 14, 2022